Document